UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERROL FALCON, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-6523** |
| **WARDEN TIGNER, JONESBORO CORRECTIONAL CENTER** | **SECTION "F"(4)** |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the 42 U.S.C. § 1983 complaint filed by the plaintiff, Errol Falcon, Jr., is **TRANSFERRED** to the United States District Court for the Western District of Louisiana for further proceedings.

New Orleans, Louisiana, this __30th__ day of _____December_____, 2013.

_____
UNITED STATES DISTRICT JUDGE